UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PHILIP TRACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:16-CV-233 |
| | ) | |
| FORD MOTOR COMPANY | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

The Parties hereby notify the Court that they have reached a settlement in principle of all matters in controversy between them. The Parties are in the process of finalizing all settlement and dismissal papers and anticipate filing the appropriate dismissal papers with the Court within 30 days.

Respectfully submitted,

THE TRACY FIRM

By: _____ For:
E. Todd Tracy
State Bar No. 20178650
ttracy@vehiclesafetyfirm.com
Stewart D. Matthews
smatthews@vehiclesafetyfirm.com
State Bar No. 24039042
4701 Bengal
Dallas, TX 75235
(214) 324-9000
(972) 387-2205 (fax)

**ATTORNEYS FOR PLAINTIFFS**

1

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Andrew J. McCluggage
Ronald D. Wamsted
State Bar No. 20832000
rwamsted@thompsoncoe.com
701 Brazos Avenue, Suite 1500
Austin, Texas 78701
(512) 708-8200 | (512) 708-8777 (fax)

William R. Moye
State Bar. No. 24027553
Southern District Bar No. 34007
wmoye@thompsoncoe.com
Andrew J. McCluggage
State Bar No. 24065708
Southern District Bar No. 1035696
amccluggage@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210 | (713) 403-8299 (fax)

**ATTORNEYS FOR DEFENDANT**
**FORD MOTOR COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

E. Todd Tracy
ttracy@vehiclesafetyfirm.com
Stewart D. Matthews
smatthews@vehiclesafetyfirm.com
Andrew G. Counts
acounts@vehiclesafetyfirm.com
THE TRACY FIRM
4701 Bengal
Dallas, TX 75235

/s/ Andrew J. McCluggage
Andrew J. McCluggage

2